1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  J & J Sports Productions, Inc., | Case No. CV 11-1158 MEJ |
| 11                Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| 12         vs. | |
| 13 | |
| 14  Yanyue Huang a/k/a Yan Yue Huang, et al., | |
| 15 | |
| 16               Defendants. | |

18    **NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses *with prejudice* the

19 following Defendants: Yanyue Huang a/k/a Yan Yue Huang and Jinzhuo Yang a/k/a Jin Yang,

20 individually and d/b/a Newark Buffet, and Newark Buffet, Inc., an unknown business entity d/b/a

21 Newark Buffet, and the above-entitled action in its entirety.

22    This Dismissal is made pursuant to FRCP 41 (a).

25 Dated: July 5, 2011              *s/ Thomas P. Riley*
26  7/6/2011                       **LAW OFFICES OF THOMAS P. RILEY, P.C**.
27                                 By:  Thomas P. Riley
                                   Attorneys for Plaintiff
28                                 J & J Sports Productions, Inc.

IT IS SO ORDERED
Judge Thelton E. Henderson

Page 1